■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN J. KLEM, Appellant. [838 NYS2d 457]—Appeal from an order of the Oneida County Court (Michael L. Dwyer, J.), entered May 11, 2006. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Martoche, Lunn, Peradotto and Pine, JJ.